IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KOOL GAS LLC**                                                                                                    **PLAINTIFF**

v.                                           **CASE NO. 3:21-CV-00107-BSM**

**NEXAIR LLC,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

Plaintiff's motion to amend its complaint [Doc. No. 16] is granted and defendants' motion for judgment on the pleadings [Doc. No. 8] is denied. I am sorry for failing to rule more quickly and ask the lawyers and parties to forgive me for overlooking this motion. I will do better.

IT IS SO ORDERED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE