IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KOOL GAS, LLC**                                                                                          **PLAINTIFF**

**v.**                                            **CASE NO. 3:21-CV-00107-BSM**

**NEXAIR, LLC,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE